UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

CROWLEY MARITIME CORPORATION,

    Plaintiff,

vs.                                                          CASE NO.:

LINDA MAR IMPORTS INCORPORATED,
a Florida Corporation,

    Defendant.

_____/

## COMPLAINT

Plaintiff, CROWLEY MARITIME CORPORATION (hereinafter "CROWLEY"), by and through its undersigned counsel files herewith this Complaint against Defendant, LINDA MAR IMPORTS INCORPORATED (hereinafter "LINDA MAR") and for cause of action *in personam* states as follows:

### JURISDICTION

1. This court has subject matter jurisdiction in accordance with 28 U.S.C. §1333(1) and the principles of supplemental jurisdiction outlined in 28 U.S.C. §1367(a). Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by Plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida. Furthermore, Defendant maintains an office for transaction of its customary business in Miami-Dade County, Florida.

### THE PARTIES

3. CROWLEY MARITIME CORPORATION is a highly diversified marine transportation and logistics company, incorporated under the laws of the State of Delaware, with a principal place of business in Duval County, Florida. As the parent company of Crowley Latin America Services, LLC and Crowley Logistics, Inc., Plaintiff is fully authorized to bring this action.

4. Upon information and belief, LINDA MAR IMPORTS INCORPORATED is a produce importer with a principal place of business in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. On or about June 24, 2019, LINDA MAR submitted an application requesting a $25,000.00 business line of credit with CROWLEY.

6. A copy of the Credit Application & Agreement signed by LINDA MAR and approved by CROWLEY is attached as Exhibit "A". Said Agreement requires Defendant to pay all freight and other charges within thirty (30) days from date of invoice, or as otherwise provided in Crowley's applicable tariffs and/or service contracts (the "Credit Period").

7. From September 2019 through and including November 2019, at the request and direction of Defendant, CROWLEY performed various services for LINDA MAR, including, but not limited to, ocean transportation of cargo and drayage. An account statement itemizing the charges for the services rendered by CROWLEY is attached at Exhibit "B".

8. Between September 2019 and November 2019, CROWLEY transported cargo aboard ocean vessels on thirteen (13) separate occasions from Puerto Cortes, Honduras to Port Everglades, Florida and delivered said goods to LINDA MAR, the named consignee. The Bill of Lading/Invoice Nos. that correspond to the aforementioned shipments are as follows:

    COSN9M440936,
    COSN9M434749,
    COSN9M435984,
    COSN9M432357,
    COSN9M430516,
    COSN9M429188,
    COSN9M428477,
    COSN9M426699,
    COSN9M425410,
    COSN9M422769,
    COSN9M420519,
    COSN9M408991, and
    COSN9M410206.

9. A example of one ocean bill of lading issued by CROWLEY to LINDA MAR is attached as Exhibit "C".

10. A copy of the Terms & Conditions that apply to ocean bills of lading issued by CROWLEY are attached as Exhibit "D".

11. Despite repeated demands for remittance of the funds due, LINDA MAR has failed and refused to pay $66,755.36 in ocean freight and related charges owed to CROWLEY and Defendant is not entitled to any offset against said indebtedness.

12. As a result of Defendant's failure to pay all invoices within the 30 day credit period, liquidated damages in the amount of $16,688.84 (25% of the unpaid invoices) are owed to CROWLEY in accordance with the Credit Agreement attached as Exhibit "A".

## COUNT I – BREACH OF CONTRACT
(Ocean Bills of Lading)

13. CROWLEY repeats and realleges the allegations set forth in Paragraphs 1 through 12 as if fully set forth herein.

14. From September 2019 through and including November 2019, valid contracts were formed when CROWLEY agreed to transport cargo from international ports of loading to the mainland United States in exchange for the agreed shipping charges to be paid by LINDA MAR.

15. CROWLEY performed its contractual obligations, as well as all conditions precedent necessary to bring this action, by transporting cargo for LINDA MAR and delivering said goods to the consignee(s) listed on the ocean bills of lading.

16. LINDA MAR committed a material breach of Paragraph 21 of the bill of lading contract attached as Exhibit "D" by not compensating CROWLEY for the ocean freight charges earned by the carrier.

17. CROWLEY has suffered damages in the amount of $62,815.00.

WHEREFORE, Plaintiff, CROWLEY MARITIME CORPORATION, respectfully requests for this Court to enter judgment against Defendant, LINDA MAR IMPORTS INCORPORATED, for damages in the amount of $62,815.00, attorney's fees in accordance with Paragraph 21 of the bill of lading contract, interest, taxable costs and disbursements of this action and any other and further relief as may be just and proper under the circumstances.

## COUNT II – BREACH OF CONTRACT
(Credit Agreement)

18. CROWLEY repeats and realleges the allegations set forth in Paragraphs 1 through 12 as if fully set forth herein.

19. On or about June 24, 2019, a valid contract was formed when CROWLEY agreed to extend a line of credit to LINDA MAR in exchange for all freight and other charges being paid within thirty (30) days from the invoice date. A copy of said contract is attached as Exhibit "A".

20. CROWLEY performed its contractual obligations, as well as all conditions precedent necessary to bring this action, by extending a line of credit to LINDA MAR.

21. LINDA MAR committed a material breach of the Credit Agreement attached a Exhibit "A" by not paying all freight and other charges within thirty (30) days from the date of invoice.

22. CROWLEY has suffered damages in the amount of $83,444.20. Said damages include unpaid invoices totaling $66,755.36 plus liquidated damages in the amount of $16,688.84.

WHEREFORE, Plaintiff, CROWLEY MARITIME CORPORATION, respectfully requests for this Court to enter judgment against Defendant, LINDA MAR IMPORTS INCORPORATED, for damages in the amount of $83,444.20, interest, taxable costs and disbursements of this action and any other and further relief as may be just and proper under the circumstances.

Respectfully submitted at Miami, Florida this 7th day of January, 2020.

        **DEE M. DOLVIN, P.A.**
        *Attorney for Plaintiff*
        P.O. Box 310424
        Miami, Florida  33231
        Telephone:  (305) 318-1919
        E-mail:  Dee@DeeMDolvin.com

By:  /s/ Dee M. Dolvin
        DEE M. DOLVIN
        Florida Bar No.:  707491